No. 93–7736. TYLER *v.* PURKETT, SUPERINTENDENT, FARM-INGTON CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–7746. CONDON *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 93–7750. MILLER *v.* ROWLAND, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 93–7751. NUNNALLY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–7752. LYLE *v.* MCKEON. C. A. 6th Cir. Certiorari denied.

No. 93–7753. ROGERS *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 93–7754. MOSLEY *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–7755. MAGULA *v.* INFANTE ET AL. Sup. Ct. Fla. Certiorari denied.

No. 93–7756. O'MURCHU *v.* RENO, ATTORNEY GENERAL OF THE UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–7757. LIGHT *v.* KIRK, JUDGE. Sup. Ct. Tex. Certiorari denied.

No. 93–7764. SHANTEAU *v.* DEPARTMENT OF SOCIAL SERVICES. Ct. App. Mich. Certiorari denied.

No. 93–7768. PREUSS *v.* DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 93–7771. FIGUEROA *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–7772. GASTER *v.* TAYLOR, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.